### CORTINAS v. STATE.    (No. 7243)

(Court of Criminal Appeals of Texas.  Feb. 28, 1923.)

Criminal law ☞1133—Application for rehearing not entertained, when failure to file in time not excused.

Where no brief for appellant was on file, and the clerk mailed notice of decision to appellant's counsel at town where case was tried, and it also appeared in the daily press, but application for rehearing was not filed within 15 days allowed by statute, it will not be entertained.

On application for rehearing. Application overruled.

For former opinion, see 245 S. W. 911.

LATTIMORE, J.  Opinion was handed down by this court, affirming this case, on December 6, 1922. Application is now made for permission to file a motion for rehearing; said application being dated January 27, 1923. Fifteen days is allowed by statute in which to file such motion. No sufficient reason is stated for granting such application. The usual notice of the disposition of the case, at the time same was affirmed, appeared in the daily press, and a notice was mailed to appellant's counsel at the town where the case was tried; there being no brief on file for the appellant, and the clerk of this court having no information or any necessity for sending such notice to any other place. We regret we cannot consider said application for rehearing.

Overruled.